### No. 12,848.

STATE EX REL. GEORGE F. SCHMINKE VS. HON. T. C. W. ELLIS, JUDGE.

The writ of prohibition to restrain proceedings claimed to be in violation of the suspensive appeal will not issue when the judgment from which the appeal is taken is affirmed.

ON APPLICATION for Writs of *Certiorari* and Prohibition.

*James B. Rosser, Jr.*, for Relator.

*Dart & Kernan* and *Harold W. Newman* for Respondents.

Submitted on briefs May 21, 1898.
Opinion handed down May 30, 1898.

The opinion of the court was delivered by

MILLER, J.   Relator applies for the writs of *certiorari* and prohibition to restrain proceedings he claims to be in violation of his suspensive appeal, refusing a respite to respondent's firm, and appointing one of the firm liquidator.

In view of the fact that the litigation in which the suspensive appeal was taken has been ended by the judgments in the suits of Schminke & Newman vs. Their Creditors, and Edgar Newman vs. George F. Schminke, decided to-day, it would serve no purpose to issue the writs even if the relator had any claim to the relief sought.

It is therefore ordered, adjudged and decreed that our former order on this application be set aside, and it is now ordered that relator's application be denied at his costs.